149. Plaintiff suffered harm as a result of defendants' failure to provide him with adequate compensation, for which plaintiff is entitled to recover damages in an amount to be determined at trial.

### Jury Demand

150. Plaintiff is entitled to and demands a jury trial.

### Prayer for Relief

**WHEREFORE** plaintiff Lester Lee Javier requests judgment against all defendants, jointly and severally, awarding compensatory and punitive damages in amounts to be determined at trial, liquidated damages as authorized by 29 U.S.C. § 216(6), treble damages as authorized by 18 U.S.C. § 1964(c), reasonable attorneys' fees and the costs of this action as authorized by 29 U.S.C. § 216(b), 18 U.S.C. § 1595(a) and 18 U.S.C. § 1964(c), and such other and further relief as this Court deems just and proper.

Dated: New York, New York  
       May 1, 2013

JOHN HOWLEY, ESQ.

By: _____  
    John Howley [JH9764]  
*Attorney for Plaintiff*  
350 Fifth Avenue, 59th Floor  
New York, New York 10118  
(212) 601-2728