UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESTER LEE JAVIER,<br><br>                              Plaintiff,<br><br>  -against-<br><br>MARISSA TEVES BECK, et al.,<br><br>                              Defendants. | Docket No. 13-cv-02926 (WHP)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Concepcion A. Montoya, dated October 15, 2013, the exhibits attached thereto, and the accompanying Memorandum of Law In Support of Defendants' Motion to Dismiss the Amended Complaint, Defendants Medical Dynamic Systems, Inc., Oasis Professional Management Group, Inc., Advanced Professional Marketing, Inc., Grill 21 LLC, Pan De Sal LLC and Gramercy Group Four LLC, Henry R. Beck and Marissa Teves Beck ("Defendants") will move this Court, before the Honorable William H. Pauley III in the United States Courthouse for the Southern District of New York, in Courtroom 20B, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on January 10, 2014 at 11:30 a.m. for an Order dismissing the Amended Complaint in its entirety and such other and further relief as this Court may deem just and proper.

Dated: New York, New York
       October 15, 2013

                                HINSHAW & CULBERTSON LLP
                                *Attorneys for Defendants*

                                By: *s/Concepcion A. Montoya*_____
                                    Concepcion A. Montoya (CM-7147)
                                    Khardeen I. Shillingford (KS-5266)

                                800 Third Avenue, 13th Floor
                                New York, New York 10022
                                Tel: (212) 471-6200
                                Fax: (212) 935-1166

To:

John J. P. Howley
Law Offices of John Howley
350 5th Avenue, 59th Floor
New York, New York 10118
Tel: (212) 601-2728
Fax: (347) 603-1328
Email: jhowley@johnhowleyesq.com

130670096v1 0948047