UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LESTER LEE JAVIER,          :

            Plaintiff,    :   13 Civ. 2926 (WHP)

      -against-          :   ORDER

MARISSA TEVES BECK, et al.  :

           Defendants.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/14
```

WILLIAM H. PAULEY III, District Judge:

      This Court finds that the documents sought by Plaintiff in the January 7, 2014 joint discovery letter are "calculated to lead to the discovery of admissible evidence," Fed. R. Civ. P. 26(b)(1), and therefore directs the Defendants to produce documents concerning the following by May 1, 2014:

1. Defendants' immigration submissions on behalf of non-immigrant healthcare workers, including labor condition applications, prevailing wage calculations, and applications for visas and social security numbers;

2. Staffing contracts and job descriptions for Defendants' non-immigrant healthcare workers;

3. Payments made by specifically-named workers to Defendants for immigration assistance, and related costs incurred by defendants;

4. Defendants' student visa applications for specifically-named employees and Defendants' relationship with English language schools;

5. The U.S. Department of Labor's investigation of Defendants and Defendants' efforts to comply with this Court's permanent injunction.

Dated: April 3, 2014
      New York, New York



SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

*Counsel of Record*:

John J. P. Howley
Law Offices of John Howley
350 5th Avenue, 59th Floor
New York, NY 10118
*Counsel for Plaintiff*

Concepcion A. Montoya
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017

Khardeen Ideona Shillingford
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017

Maranda E. Fritz
Thompson Hine LLP (NYC)
335 Madison Avenue, 12th Floor
New York, NY 10017

Maureen Maria Stampp
Lewis Brisbois Bisgaard & Smith LLP (Water St)
77 Water Street, Suite 2100
New York, NY 10005
*Counsel for Defendants*