UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

LESTER LEE JAVIER,

                    Plaintiff,                          13 Civ. 2926 (WHP)

                    -vs-                          **NOTICE OF MOTION**
                                                    **TO STRIKE PLEADINGS**

MARISSA TEVES BECK, HENRY R. BECK,               **AND FOR DEFAULT**
MEDICAL DYNAMIC SYSTEMS, INC., OASIS            **JUDGMENTS**
PROFESSIONAL MANAGEMENT GROUP, INC.,
ADVANCED PROFESSIONAL MARKETING, INC.,
GRILL 21 LLC, PAN DE SAL LLC, and GRAMERCY
GROUP FOUR LLC,

                    Defendants.

------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed declaration of John J.P. Howley,

executed on September 18, 2014, the exhibits annexed thereto, and the accompanying

memorandum of law, plaintiff will move this Court on October 14, 2014, at 9:30 a.m. or as soon

thereafter as counsel may be heard, for an Order, pursuant to the Court's August 15, 2014 Order

and Federal Rule of Civil Procedure 55(a), striking the answers of defendants Medical Dynamic

Systems, Inc., Oasis Professional Management Group, Inc., Advanced Professional Marketing,

Inc., Grill 21, LLC, Pan de Sal LLC, and Gramercy Group Four LLC (collectively, the

"Corporate Defendants"), directing the entry of default judgments against each of the Corporate

Defendants on issues of liability, and granting such other and further relief as the Court deems

just and proper.

      PLEASE TAKE FURTHER NOTICE that answering papers, if any, must be served on

the undersigned and filed with the Court no later than October 6, 2014, and reply papers by the

plaintiff, if any, must be served and filed no later than October 13, 2014.

Dated: New York, New York  
      September 18, 2014

JOHN HOWLEY, ESQ.

By: _____  
     John J.P. Howley [JH9764]  
*Attorney for Plaintiff*  
350 Fifth Avenue, 59th Floor  
New York, New York  10118  
(212) 601-2728  
jhowley@johnhowleyesq.com