UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LESTER LEE JAVIER,

                Plaintiff,

     -against-

MARISSA TEVES BECK, et al.,

                Defendants.
------------------------------------X

13cv2926

ORDER

WILLIAM H. PAULEY III, District Judge:

For the reasons set forth on the record in open court on October 20, 2014, Plaintiff's motion for default judgment against the Corporate Defendants is denied without prejudice.

The Clerk of Court is directed to terminate the motions pending at ECF No. 72 and 78.

Dated: October 20, 2014
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                U.S.D.J.

*Counsel of Record*:

John J. P. Howley
Law Offices of John Howley
350 5th Avenue, 59th Floor
New York, NY 10118
*Counsel for Plaintiff*

Tristan C. Loanzon
Loanzon LLP
250 West 57th Street
Suite 901
New York, NY 10107
*Counsel for Defendants*