```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LESTER LEE JAVIER,                          :
                                            :
                Plaintiff,                  :
                                            :
        -against-                           :       ORDER OF DISMISSAL
                                            :
MARISSA TEVES BECK, et al.,                 :       13-CV-2926 (KNF)
                                            :
                Defendants.                 :
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

It having been reported to this Court, on the 6th day of March 2015, that the above-captioned action was settled,

IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, dismissed. However, within thirty (30) days of this Order, either party may apply to the Court by letter for restoration of the action to the calendar of the undersigned, if the terms and conditions under which the parties have agreed to settle their dispute have not been fulfilled. In that event, the action will be restored.

Dated: New York, New York
       March 6, 2015

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE