# John Howley, Esq.
350 Fifth Avenue, 59th Floor
New York, New York 10118
(212) 601-2728
Fax: (347) 603-1328

www.JohnHowleyEsq.com

April 2, 2015

<u>Via ECF</u>

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Javier v. Beck, et al.*, 13 Civ. 2926 (WHP)

Dear Judge Fox:

I write on behalf of plaintiff to request an extension until April 17, 2015 of the 30-Day Order in the above-captioned lawsuit. Defendants do not object to this request. No prior request for an extension of the Order has been made.

On March 6, 2015, the Court entered an Order dismissing this action with the opportunity for restoration within 30 days if the terms of the parties' settlement agreement were not fulfilled. The ability to restore the case will expire on April 6, 2015.

The settlement agreement is subject to Bankruptcy Court approval. Defendants filed a timely motion seeking that approval. Their motion is returnable in Bankruptcy Court, and a decision should be rendered, on April 16, 2015.

We therefore request that the 30-Day Order be extended until April 17, 2015 to allow for the Bankruptcy Court to rule before the deadline for restoration in this Court expires.

Respectfully submitted,

John J.P. Howley
*Attorney for Plaintiff*

cc: Tristan Loanzon, Esq. (via ECF)
    *Attorney for Defendants*